IN IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF RUTH F. GRIFFIN, VERN E. SMITH and CYNTHIA R. MONKS, CO-EXECUTORS OF THE ESTATE OF RUTH F. GRIFFIN,<br><br>Plaintiffs,<br><br>v.<br><br>REVERSE MORTGAGE SOLUTIONS INC. and NATIONSTAR MORTGAGE LLC d/b/a CHAMPION MORTGAGE COMPANY,<br><br>Defendants. | Civil Action No. 2:18-CV-01175 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between Plaintiffs, the Estate of Ruth F. Griffin, Vern E. Smith and Cynthia R. Monks, Co-Executors of the Estate of Ruth F. Griffin and Defendant Nationstar Mortgage LLC, by and through their undersigned counsel, that the above entitled actions including all claims as to Nationstar Mortgage LLC, and as to Nationstar Mortgage LLC only, are dismissed with prejudice, without costs to either party.

Respectfully submitted,

As stipulated, this 22nd day of March, 2019:

*/s/ Kelli A. Lee*
Kelli A. Lee, Esquire
PA I.D. No 309770
klee@mcguirewoods.com
McGuire Woods LLP
Tower Two-Sixty
260 Forbes Ave., Ste 1800
Pittsburgh, PA 15222
Telephone 412-667-6018

Fax 412-667-7997
*Counsel for Defendant, Nationstar Mortgage LLC*
*d/b/a Champion Mortgage Company*


*/s/ Rebecca L. Black\*\**
Rebecca L. Black, Esquire
PA I.D. No. 309127
rebeccablack@lutzandpawklaw.com
LUTZ & PAWK
101 E. Diamond St., Ste. 102
Butler, PA 16001
Telephone 724-285-3400
Fax 724-285-5944
*Counsel for Plaintiff(s)*

*\*\*signed with permission*


          SO ORDERED this 25th day of March, 2019.

          _____
          Cynthia Reed Eddy
          Chief United States Magistrate Judge